FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 2 0 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-2049 KWR |
| ) | |
| vs. ) | Counts 1-9: 18 U.S.C. §§ 844(i): Arson. |
| ) | |
| **VIOREL PRICOP**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about June 22, 2020, in Guadalupe County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 160539 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

## Count 2

On or about July 16, 2020, in Torrance County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 163655 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 3

On or about July 24, 2020, in McKinley County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 165239 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 4

On or about October 24, 2020, in Quay County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 212184 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 5

On or about November 22, 2021, in Luna County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 171694 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 6

On or about December 19, 2021, in Hidalgo County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 121493 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 7

On or about December 19, 2021, in Hidalgo County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 181184 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

Count 8

On or about February 20, 2022, in Quay County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 132806 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

<u>Count 9</u>

On or about February 20, 2022, in Quay County, in the District of New Mexico, the defendant, **VIOREL PRICOP**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a vehicle and personal property used in interstate commerce, and used in an activity affecting interstate and foreign commerce, namely a trailer owned by Swift Transportation bearing trailer number 174709 and the cargo therein.

In violation of 18 U.S.C. § 844(i).

<u>FORFEITURE ALLEGATION</u>

Counts 1 through 9 of this indictment are realleged and incorporated as part of this section for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of any offense in violation of 18 U.S.C. § 844(i), the defendant, **VIOREL PRICOP**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.  The property to be forfeited includes, but is not limited to, the following:

    (a) all right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

    (b) any explosive materials involved or used or intended to be used in the offense.

MONEY JUDGMENT

A sum of money representing property constituting or derived from proceeds traceable to the offenses set forth in the Counts of conviction.  If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Upon conviction of any offense in violation of 18 U.S.C. § 844(i), the defendant, **VIOREL PRICOP**, shall forfeit to the United States, pursuant to 18 U.S.C. § 844(c) and 28 U.C.C. § 2461(c), any explosive materials involved or used or intended to be used in the offense.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney